# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SABRINA JEMISON                                                                                   PLAINTIFF

V.                                          NO. 3:06cv00020 JTR

LINDA S. McMAHON,
Acting Commissioner,
Social Security Administration[1]                                                      DEFENDANT

## ORDER

Defendant, Commissioner of the Social Security Administration, has filed a Motion to substitute counsel, wherein she requests that Special Assistant U. S. Attorney Kerry J. Simpson be substituted for Special Assistant U.S. Attorney Cheryl L. Chapman.  (Docket entry #12.)  The Court finds good cause for granting the Motion.

IT IS THEREFORE ORDERED THAT:

1.      Defendant's Motion to substitute counsel (docket entry #12) is GRANTED.

2.      The Clerk is directed to substitute Special Assistant U. S. Attorney Kerry J. Simpson as the attorney of record for Defendant.

Dated this 14th day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Linda S. McMahon became the Acting Commissioner of Social Security on January 20, 2007.  She is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).